# Earnings Statement

**ADP**

4PE   000717   000300   000000020043

SLATER  RESTAURANT  LLC
675  PONCE  DE  LEON  AVENUE
ATLANTA,  GA  30308

Period Beginning:   12/23/2020
Period Ending:      01/05/2021
Pay Date:           01/13/2021

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal:   0
   GA:        0

MICHAEL  PENA
76  PEACHTREE  CIRCLE  SOUTHEAST
MARIETTA  GA  30060

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2.1300 | 58.17 | 123.90 | 123.90 |
| Tips | | | 1,704.33 | 1,704.33 |
| **Gross Pay** | | | **$1,828.23** | 1,828.23 |

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -8.08 | 8.08 |
| Social Security Tax | | -61.20 | 61.20 |
| Medicare Tax | | -1.07 | 1.07 |
| GA State Income Tax | | -3.55 | 3.55 |
| **Other** | | | |
| Parking | | -50.00* | 50.00 |
| Tips | | -1,704.33 | 1,704.33 |
| **Net Pay** | | **$0.00** | |
| **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,778.23

© 2000 ADP, LLC

---

SLATER  RESTAURANT  LLC
675  PONCE  DE  LEON  AVENUE
ATLANTA,  GA  30308

**Advice number:**   00000020043
**Pay date:**        01/13/2021



**Deposited to the account of**
MICHAEL  PENA

| account number | transit ABA | amount |
|---|---|---|

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

SLATER RESTAURANT LLC
675 PONCE DE LEON AVENUE
ATLANTA, GA 30308

Period Beginning: 01/06/2021
Period Ending: 01/19/2021
Pay Date: 01/27/2021

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 0
   GA: 0

MICHAEL PENA
76 PEACHTREE CIRCLE SOUTHEAST
MARIETTA GA 30060

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2.1300 | 78.40 | 166.99 | 299.89 |
| Regular | 10.0000 | .90 | 9.00 | |
| Overtime | 3.1950 | .17 | 0.54 | 0.54 |
| Tips | | | 1,410.86 | 3,115.19 |
| **Gross Pay** | | | **$1,587.39** | 3,415.62 |

**Important Notes**
BASIS OF PAY: HOURLY

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -46.80 | 54.88 |
| Social Security Tax | -98.42 | 159.62 |
| Medicare Tax | -23.02 | 24.09 |
| GA State Income Tax | -8.29 | 11.84 |

Other
| | | |
|---|---|---|
| Tips | -1,410.86 | 3,115.19 |
| Parking | | 50.00 |

**Net Pay**      **$0.00**

**Net Check**      **$0.00**

Your federal taxable wages this period are
$1,587.39

© 2000 ADP, LLC

SLATER RESTAURANT LLC
675 PONCE DE LEON AVENUE
ATLANTA, GA 30308

Advice number: 00000040035
Pay date: 01/27/2021

**Deposited to the account of**
MICHAEL PENA

account number    transit ABA    amount



**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

SLATER RESTAURANT LLC
675 PONCE DE LEON AVENUE
ATLANTA, GA 30308

Period Beginning: 01/20/2021
Period Ending: 02/02/2021
Pay Date: 02/10/2021

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 0
    GA: 0

MICHAEL PENA
76 PEACHTREE CIRCLE SOUTHEAST
MARIETTA GA 30060

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2.1300 | 62.77 | 133.70 | 433.59 |
| Tips | | | 1,144.41 | 4,259.60 |
| Overtime | | | | 0.54 |
| **Gross Pay** | | | **$1,278.11** | 4,693.73 |

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -8.28 | 63.16 |
| | Social Security Tax | -70.54 | 230.16 |
| | Medicare Tax | -1.21 | 25.30 |
| | GA State Income Tax | -3.67 | 15.51 |
| | **Other** | | |
| | Parking | -50.00* | 100.00 |
| | Tips | -1,144.41 | 4,259.60 |
| | **Net Pay** | **$0.00** | |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,228.11

© 2000 ADP, LLC

SLATER RESTAURANT LLC
675 PONCE DE LEON AVENUE
ATLANTA, GA 30308

Advice number: 00000060036
Pay date: 02/10/2021

**Deposited to the account of**
MICHAEL PENA

account number    transit ABA    amount



**NON-NEGOTIABLE**